UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER MERCED-NIEVES, | : | 3:17-cv-1412 |
| Petitioner | : | |
| vs. | : | Hon. John E. Jones III |
| WALTER J. BALTAZAR, | : | |
| Respondent | : | |

# **ORDER**

**April 9, 2019**

**NOW THEREFORE**, in accordance with the Memorandum issued on today's date, it is hereby **ORDERED** that:

1. The above captioned petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241 (Doc. 1), is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

s/ John E. Jones III
John E. Jones III
United States District Judge